JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JBP SERVICES, P.C., a California Corporation; JAMES B. PICKELL, as Trustee for JBP SERVICES, P.C. PROFIT SHARING 401(k) PLAN, a qualified retirement plan,<br><br>        Plaintiffs,<br><br>  vs.<br><br>MICHAEL MURPHY, an individual; AHTOVATION, INC., a Delaware Corporation, and Does 1 through 20, inclusive,<br><br>        Defendants. | Case No.:  8:17-cv-1651<br>Honorable Cormac J. Carney, Presiding<br><br>**ORDER ENTERING CONFESSED JUDGMENT**<br><br><br><br><br>Date Filed: Sept. 21, 2017 |

**WHEREAS** Plaintiffs JBP SERVICES, P.C., a California Corporation, and

JAMES B. PICKELL, as Trustee for JBP SERVICES, P.C. PROFIT SHARING 401(k)

PLAN, a qualified retirement plan, (hereinafter collectively referred to as "Plaintiffs")

on the one hand, and Defendants MICHAEL MURPHY, an individual, and Defendant AHTOVATION, INC., a Delaware Corporation (hereinafter collectively referred to as "Defendants") on the other hand, settled the above-captioned action on or about November 20, 2017, pursuant to a written "SETTLEMENT AGREEMENT AND MUTUAL RELEASE" (hereinafter referred to as the "Settlement Agreement");

**WHEREAS** Defendants executed a confession to judgment to be entered upon any Default, as that term is defined in section 2(B) of the Settlement Agreement; and

**WHEREAS** Plaintiffs and Defendants executed a Stipulated Request for Entry of Consent Judgment against Defendants;

**WHEREAS** Defendants are in Default;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT**:

1.     The Court finds for Plaintiffs, and against Defendants; and,

2.     Plaintiffs shall have and recover from Defendants MICHAEL MURPHY, and AHTOVATION, INC., a Delaware Corporation, jointly and severally, a judgment in the sum of **FIFTY-SIX THOUSAND TWO HUNDRED AND SIXTEEN AND NO 0/100 DOLLARS ($56,216.00),** plus pre-judgment at the penalty rate of 18% per annum from the date of default, plus attorneys' fees and costs incurred by Plaintiffs in entering and enforcing the money judgment after its entry.

Date: _____February 14, 2018_____      Signed: _____

Hon. Cormac J. Carney
United States District Judge

**ORDER ENTERING CONFESSED JUDGMENT**